# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:09CR00145-001 |
| | : | |
| Plaintiff, | : | JUDGE LESLEY WELLS |
| | : | |
| v. | : | **UNOPPOSED MOTION FOR** |
| | : | **SENTENCE REDUCTION UNDER** |
| ALEX REESE, JR. | : | **18 U.S.C. § 3582(c)(2)** |
| | : | |
| Defendant. | : | |

Alex Reese, Jr., through undersigned counsel, respectfully moves this Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. Amendment 782 (eff. Nov. 1, 2014). United States Sentencing Guideline Amendment 782 amended § 2D1.1(c), the sentencing table for all drug offenses, by reducing all base offense levels by two. This sentencing guideline amendment is retroactive, allowing Alex Reese, Jr., to seek a sentence reduction motion. Alex Reese, Jr., meets the two-prong test for eligibility for a sentence reduction motion under 18 U.S.C. § 3582(c)(2).

In a judgment dated January 17, 2012, this Court sentenced Alex Reese, Jr., to a term of 144 months, to be followed by a term of eight years of supervised released on the drug count and 60 months on a charge of 18 U.S.C. 924(c) to be served consecutive to the 144 months for a total sentence of 204 months. Supervised release was to run concurrently. Dkt. 112. Prior to the court adopting the binding plea agreement, the guideline sentencing range was found to be 151-188 months, a total offense level 31 and a Criminal History Category designation of IV. After adopting the binding plea agreement, the court found a total offense level of 29, Criminal History Category designation of IV, with a guideline sentence range of 121-151 months. Alex Reese,

1

Jr., now requests that this Court reduce the sentence to 120 months, based on a sentencing guideline range of 100-120 months, as reflected by a total offense level 27 and a Criminal History Category designation of IV.

Alex Reese Jr.'s, base offense level has decreased by two levels as a result of the retroactive guideline amendments to the drug quantity table set forth in U.S.S.G. § 2D1.1 and U.S.S.G. Amendment 782. Alex Reese Jr.'s offense conduct involved between 5 to 15 kilograms of cocaine PSR AT P. 7. At his original sentencing hearing, the accumulation of these drugs and respective quantities resulted in a base offense level of 32. PSR at P. 7; U.S.S.G. § 2D1.1(c)(4)(2011). This Court, however, adopted the parties binding Rule 11(c )(1)(C) plea agreement which determined the offense conduct involved 3-4 kilograms of cocaine, corresponding to a base offense level of 30, Dkt. 102. The new base offense level is 28 under the new drug quantity table. See U.S.S.G. § 2D1.1(c)(6) (eff. November 1, 2014).

To calculate Alex Reese Jr.'s new sentencing guideline range, this Court must then impose the same adjustments from Alex Reese Jr.'s original sentencing. U.S.S.G. § 1B1.10(b)(1). These adjustments include a two level enhancement for role in the offense and a three-level reduction for acceptance of responsibility. The resulting total offense level is 27 with a Criminal History Category designation of IV, the resulting sentencing guideline range is 100-125 months. However, Alex Reese, Jr., is still subjected a mandatory minimum sentence of 120 months to be run consecutive to the 60 month sentence he received for count two, for a total sentence of 180 months.

The Assistant United States Attorney handling this matter represented to the undersigned the government does not oppose this motion. Therefore, Alex Reese, Jr., requests this Court

grant a motion for sentencing reduction under 18 U.S.C. § 3582(c) and impose a sentence of 120 months.

For the Court's convenience, a proposed order is attached to this Motion.

Respectfully submitted,

*/s/ Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI, #0062119
Office of the Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856
Facsimile: (216) 522-4321
EMAIL@fd.org

Attorney for Alex Reese

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail.

*s/ Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI, 0062119
Office of the Federal Public Defender